# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01872-CMA

IN RE: ADAM AIRCRAFT INDUSTRIES, INC.,
JEFFREY A. WEINMAN, as Chapter 7 Trustee,

    Appellant,

v.

CITY OF PUEBLO, COLORADO, and
GEORGE F. ADAM, JR.,

    Appellees.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming Bankruptcy Court's Order of Judge Christine M. Arguello entered on March 28, 2014 it is

ORDERED that the Judgment of the Bankruptcy Court is AFFIRMED.

FURTHER ORDERED that this case is DISMISSED.

Dated at Denver, Colorado this 28th day of March, 2014.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                By:  s/   Sandra Hartmann

                              Sandra Hartmann
                              Deputy Clerk